IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 BANKRUPTCY |
| | : |
| AARON S. DELANCEY and JESSICA J. DELANCEY, | : NO. 20-70004-JAD |
| Debtors | : |
| AARON S. DELANCEY and JESSICA J. DELANCEY, Debtors, | : |
| Movants | : |
| vs. | : |
| NO RESPONDENTS | : RELATED TO DOCUMENT NOS. 16, 1 |

## ORDER

AND NOW, this <u>22nd</u> day of <u>January</u>, 2020, after consideration of the Motion for Extension of Time to Complete Bankruptcy Filing filed by Debtors, it is hereby ORDERED that Debtors' Motion for Extension of Time is granted and that they shall fulfill the bankruptcy filing requirements on or before <u>**January 31, 2020**</u>.

BY THE COURT:

_____
Jeffery A. Deller
United States Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
Aaron S. and Jessica J. Delancey
Shawn B. Cohen, Esquire
Ronda J. Winnecour, Esquire
Office of United States Trustee

FILED
1/22/20 6:31 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 20-70004-JAD
Aaron S Delancey                                                      Chapter 13
Jessica J Delancey
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7           User: culy              Page 1 of 1              Date Rcvd: Jan 22, 2020
                               Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 24, 2020.
db/jdb         +Aaron S Delancey,   Jessica J Delancey,   1007 Rosehill Drive,   Altoona, PA 16602-6705

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2020                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 22, 2020 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Shawn B. Cohen    on behalf of Debtor Aaron S Delancey shawn@attyshawncohen.com,
               notices@attyshawncohen.com;notices1@attyshawncohen.com;notices2@attyshawncohen.com;centralpabk@gm
               ail.com
              Shawn B. Cohen    on behalf of Joint Debtor Jessica J Delancey shawn@attyshawncohen.com,
               notices@attyshawncohen.com;notices1@attyshawncohen.com;notices2@attyshawncohen.com;centralpabk@gm
               ail.com
                                                                                             TOTAL: 5