Certificate Number: 17572-PAW-DE-034116634

Bankruptcy Case Number: 20-70004



17572-PAW-DE-034116634

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 20, 2020, at 7:40 o'clock AM PST, Aaron S DeLancey completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   February 20, 2020            By:   /s/Leigh-Anna M Thompson

                                     Name: Leigh-Anna M Thompson

                                     Title: Counselor