**\*FILING FEE PAID\*** (Yes) No

MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: __Delancey_____ JAD

Case Number: __20-70004__

Date of Meeting: __2 / 21 / 20__    Recording # __11__

Debtor(s) present __✓__ or Not Present ___ (___No Payments Made or __✓__ partial payments)

Attorney for debtor(s) __Cohen_____ (Present __✓__ or Not Present ___)

Date of Plan at § 341: __1/21/20__ Applicable commitment period ___ 3 yrs __✓__ 5 yrs

FILED
2/26/20 2:10 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

__X__ Meeting HELD and CONCLUDED
_____ Meeting HELD but CONTINUED (not closed)
_____ Meeting NOT HELD
                                    _____ Order to Show Cause Requested
                                    _____ To be rescheduled by Clerk

_____ Confirmation Order recommended _____ Final _____ Interim
_____ Amended Plan due:_____ ; Objections due:_____

_____ Trustee recommends dismissal of the case (Debtor consents)
_____ Trustee recommends dismissal of the case (Debtor does not consent)*
_____ Trustee recommends dismissal of the case (Debtor has no defense)
_____ Debtor requests dismissal of the case.  Motion to be filed by the Debtor within 10 days
__X__ Continued to:
        _____ 341 Meeting   OR   __X__ Conciliation Conf. OR ___ *Contested Hearing
        On __4/9/20__ at __1:00__ am/(pm) Location __3250__

_____
Chapter 13 Trustee/Attorney for Trustee