IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
2/24/20 8:29 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE: | : Bankruptcy No. 20-70004-JAD |
| AARON S. DELANCEY and JESSICA J. DELANCEY, | : |
| Debtors | : Chapter 13 |
| | : |
| AARON S. DELANCEY, Debtor, | : |
| Movant | : Related to Doc. No. 27 |
| | : |
| v. | : |
| | : |
| MAYER ELECTRIC SUPPLY COMPANY, INC., | : |
| Respondent | : |

**ORDER TO PAY TRUSTEE PURSUANT TO A WAGE ATTACHMENT**

The above-named Debtors, having filed a Chapter 13 petition and Debtor or Trustee having moved to attach wages to fund the Chapter 13 Plan,

IT IS THEREFORE ORDERED that until further order of this court, the entity which Debtor receives income:

Mayer Electric Supply Company, Inc
Attn: Payroll Department
3405 Fourth Avenue South
Birmingham, AL  35222

shall deduct from said income the sum of **$600.00 weekly** beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period for which Debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment of from any other benefits payable to Debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

Ronda J. Winnecour, Trustee
Chapter 13 Trustee, WD PA
PO Box 84051
Chicago, IL  60689-4002
(Write the case number on your check)

IT IS FURTHER ORDERED that the above-named entity shall notify the Trustee if Debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that all remaining income of Debtor, except the amounts required to be withheld for taxes, social security, insurance, pension or union dues, be paid to Debtor in accordance with usual payment procedures.

IT IS FURTHER ORDERED THAT NO OTHER DEDUCTION FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF DEBTOR WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS.

IT IS FURTHER ORDERED that this Order supersedes previous orders made to the above-named entity in this case.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to Debtor for the administration of this attachment Order, except as may be allowed upon application to and order of this Court.

DATED this 24th day of February, 2020.

_____
Jeffery A. Deller           mas
U.S. Bankruptcy Judge

cc.   Ronda J. Winnecour, Chapter 13 Trustee
      Mayer Electric Supply Company, Inc
      Aaron & Jessica Delancey, Debtors
      Shawn B. Cohen, Esquire


IT IS FURTHER ORDERED that the debtor shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed.  Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing.  Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtors and this estate.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 20-70004-JAD
Aaron S Delancey                                                          Chapter 13
Jessica J Delancey
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-7         User: msch              Page 1 of 1            Date Rcvd: Feb 24, 2020
                             Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 26, 2020.
db/jdb          +Aaron S Delancey,    Jessica J Delancey,    1007 Rosehill Drive,    Altoona, PA 16602-6705
                +Mayer Electric Supply Company,    Attn: Payroll Dept.,    3405 Fourth Avenue South,
                  Birmingham, AL 35222-2300

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 24, 2020 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Shawn B. Cohen    on behalf of Debtor Aaron S Delancey shawn@attyshawncohen.com,
               notices@attyshawncohen.com;notices1@attyshawncohen.com;notices2@attyshawncohen.com;centralpabk@gm
               ail.com
              Shawn B. Cohen    on behalf of Joint Debtor Jessica J Delancey shawn@attyshawncohen.com,
               notices@attyshawncohen.com;notices1@attyshawncohen.com;notices2@attyshawncohen.com;centralpabk@gm
               ail.com
                                                                                               TOTAL: 5