FILED
3/23/20 6:16 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 20-70004-JAD |
| AARON S. DELANCEY and JESSICA J. DELANCEY, | : : | |
| Debtors | : : | Chapter 13 |
| AARON S. DELANCEY, Debtor, | : | Document # |
| Movant | : | Related to Doc. No. 34 |
| vs | : : | Motion No. WO-1 |
| MAYER ELECTRIC SUPPLY COMPANY INC., | : : | Filed Under Local Bankruptcy |
| Respondent | : | Rule 9013.4 Paragraph 6(c) |

**AMENDED ORDER TO PAY TRUSTEE PURSUANT TO A WAGE ATTACHMENT**

The above-named Debtor, having filed a Chapter 13 petition and Debtor or Trustee having moved to attach wages to fund the Chapter 13 Plan,

IT IS THEREFORE ORDERED that until further order of this court, the entity which the Debtor receives income:

Mayer Electric Supply Company, Inc
Attn:  Payroll Department
3405 Fourth Avenue South
Birmingham, AL  35222

shall deduct from said income the sum of **$625.00 bi-weekly** beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period for which the Debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment of from any other benefits payable to the Debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

Ronda J. Winnecour, Trustee
Chapter 13 Trustee, WD PA
PO Box 84051
Chicago, IL  60689-4002
(Write the case number on your check)

IT IS FURTHER ORDERED that the above-named entity shall notify the Trustee if the Debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amounts required to be withheld for taxes, social security, insurance, pension or union dues, be paid to the Debtor in accordance with usual payment procedures.

IT IS FURTHER ORDERED THAT NO OTHER DEDUCTION FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF DEBTOR WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS.

IT IS FURTHER ORDERED that this Order supersedes previous orders made to the above-named entity in this case.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment Order, except as may be allowed upon application to and order of this Court.

DATED this 23rd day of March, 2020.

Jeffery A. Deller
U.S. Bankruptcy Judge

cc.   Ronda J. Winnecour, Chapter 13 Trustee
      Mayer Electric Supply Company, Inc
      Aaron & Jessica Delancey, Debtors
      Shawn B. Cohen, Esquire

IT IS FURTHER ORDERED that the debtors shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtors and this estate.

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Aaron S Delancey
Jessica J Delancey
    Debtors

Case No. 20-70004-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: culy     Page 1 of 1     Date Rcvd: Mar 23, 2020
                  Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2020.
db/jdb       +Aaron S Delancey,    Jessica J Delancey,    1007 Rosehill Drive,    Altoona, PA 16602-6705
               +Mayer Electric Supply Company, Inc.,    Attn: Payroll Dept.,    3405 Fourth Ave. South,
                Birmingham, AL 35222-2300

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2020                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2020 at the address(es) listed below:
         James    Warmbrodt     on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         Shawn B. Cohen    on behalf of Debtor Aaron S Delancey shawn@attyshawncohen.com,
          notices@attyshawncohen.com;notices1@attyshawncohen.com;notices2@attyshawncohen.com;centralpabk@gmail.com
         Shawn B. Cohen    on behalf of Joint Debtor Jessica J Delancey shawn@attyshawncohen.com,
          notices@attyshawncohen.com;notices1@attyshawncohen.com;notices2@attyshawncohen.com;centralpabk@gmail.com
                                                                                                               TOTAL: 5