**Form RSC Conciliation (Reschedule Conciliation−COVID**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Aaron S Delancey** | : | Case No. 20−70004−JAD |
| **Jessica J Delancey** | : | |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |

## ORDER RESCHEDULING CHAPTER 13 PLAN CONCILIATION CONFERENCE

    *AND NOW,* this ***The 1st of April, 2020***, due to the COVID−19 virus pandemic, the conciliation conference scheduled for 4/9/2020 is ***RESCHEDULED*** to ***6/25/20 at 01:00 PM 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.***


Dated: April 1, 2020                                                                                  Jeffery A. Deller
                                                                                                    United States Bankruptcy Judge

cm: Debtor
    Debtors' Counsel

```
                             United States Bankruptcy Court
                             Western District of Pennsylvania
In re:                                                                    Case No. 20-70004-JAD
Aaron S Delancey                                                          Chapter 13
Jessica J Delancey
         Debtors                        CERTIFICATE OF NOTICE
District/off: 0315-7           User: msch                   Page 1 of 2                   Date Rcvd: Apr 01, 2020
                               Form ID: RSCcon3             Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 03, 2020.
db/jdb         +Aaron S Delancey,    Jessica J Delancey,    1007 Rosehill Drive,    Altoona, PA 16602-6705
15180635       +AES/Efs Finance,    Attn: Bankruptcy,    Po Box 2461,    Harrisburg, PA 17105-2461
15180636       +AES/PHEAA,    Attn: Bankruptcy,    Po Box 2461,    Harrisburg, PA 17105-2461
15180637       +American Accounts & Advisers,    Attn: Bankruptcy,    Po Box 250,    Cottage Grove, MN 55016-0250
15194531        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
15180641       +Citi/Sears,    Citibank/Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
15180644       +Credit Protection Association,    Attn: Bankruptcy,    Po Box 802068,    Dallas, TX 75380-2068
15203367       +DR. ROSEANNE GICHURU,    361 HOSPITAL DRIVE,    EVERETT, PA 15537-7022
15180646       +First National Bank,    Attn: Bankruptcy,    4140 East State Street,    Hermitage, PA 16148-3401
15180648       +KML LAW GROUP PC,    STE 5000 - BNY MELLON INDEPENDENCE CTR,    701 MARKET ST,
                 PHILADELPHIA, PA 19106-1538
15201500       +M&T Bank,    PO Box 1508,    Buffalo, NY 14240-1508
15188525       +PHEAA,    PO BOX 8147,    HARRISBURG PA 17105-8147
15180653       +PHEAA/HCB,    Attn: Bankruptcy,    1200 N 7th St, 3rd Floor,    Harrisburg, PA 17102-1444
15207068       +Penelec,    101 Crawford’s Corner Rd.,    Bldg #1, Suite 1-511,    Holmdel, NJ 07733-1976
15180655       +Premier Rental Purch,    5248 Olde Towne Road,    Williamsburg, VA 23188-1986
15180656       +Quality Asset Recovery,    Attn: Bankruptcy,    Po Box 239,    Gibbsboro, NJ 08026-0239
15180661       +The Bureaus Inc,    Attn: Bankruptcy,    650 Dundee Rd, Ste 370,    Northbrook, IL 60062-2757
15207087        UPMC Health Services,    PO Box 1123,    Minneapolis MN 55440-1123
15207081        UPMC Physician Services,    PO Box 1123,    Minneapolis MN 55440-1123
15203337       +Webcollex LLC D/B/A CKS Financial,    PO Box 2856,    Chesapeake VA 23327-2856

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 02 2020 04:49:48
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15180638       +E-mail/Text: DDREXLER@ARCFCU.ORG Apr 02 2020 04:37:21     ARC Federal Credit Union,
                 1919 7th Ave.,    Altoona, PA 16602-2237
15180639       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 02 2020 04:49:38     Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
15180642       +E-mail/Text: jsanders@cksfin.com Apr 02 2020 04:38:29     Cks Financial,    Attn: Bankruptcy,
                 Po Box 2856,    Chesapeake, VA 23327-2856
15180643       +E-mail/Text: bankruptcy@firstenergycorp.com Apr 02 2020 04:39:08
                 Collection Service Center, Inc.,    Attn: Bankruptcy,    839 5th Ave.,
                 New Kensington, PA 15068-6303
15180645        E-mail/Text: mrdiscen@discover.com Apr 02 2020 04:37:35     Discover Financial,
                 Attn: Bankruptcy Department,    Po Box 15316,    Wilmington, DE 19850
15182847        E-mail/Text: mrdiscen@discover.com Apr 02 2020 04:37:35     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
15180647       +E-mail/Text: BKRMailOPS@weltman.com Apr 02 2020 04:38:15     JB Robinson/Sterling Jewelers,
                 Attn: Bankruptcy,    375 Ghent Rd,    Akron, OH 44333-4601
15212316        E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 02 2020 04:39:32     Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
15180640        E-mail/PDF: ais.chase.ebn@americaninfosource.com Apr 02 2020 04:48:19     Chase Card Services,
                 Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850
15180649       +E-mail/Text: bncnotices@becket-lee.com Apr 02 2020 04:37:54     Kohls/Capital One,
                 Attn: Credit Administrator,    Po Box 3043,    Milwaukee, WI 53201-3043
15180650        E-mail/Text: camanagement@mtb.com Apr 02 2020 04:38:13     M & T Bank,    Attn: Bankruptcy,
                 PO Box 844,    Buffalo, NY 14240
15215932        E-mail/Text: camanagement@mtb.com Apr 02 2020 04:38:13     M&T Bank,    PO Box 840,
                 Buffalo, NY 14240
15180651       +E-mail/PDF: cbp@onemainfinancial.com Apr 02 2020 04:49:22     OneMain Financial,
                 Attn: Bankruptcy,    Po Box 3251,    Evansville, IN 47731-3251
15180654        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 02 2020 04:48:32
                 Portfolio Recovery,    Attn: Bankruptcy,    120 Corporate Blvd,    Norfold, VA 23502
15196112        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 02 2020 04:47:30
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
15180652       +E-mail/Text: blegal@phfa.org Apr 02 2020 04:39:05     Pa Housing Finance Agency,
                 2101 N. Front Street,    Harrisburg, PA 17110-1086
15180659       +E-mail/PDF: gecsedi@recoverycorp.com Apr 02 2020 04:48:18     SYNCB/BRMart,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
15180658       +E-mail/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com Apr 02 2020 04:38:11
                 State Farm Financial S,    1 State Farm Plaza,    Bloomington, IL 61710-0001
15181058       +E-mail/PDF: gecsedi@recoverycorp.com Apr 02 2020 04:48:16     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15180660       +E-mail/PDF: gecsedi@recoverycorp.com Apr 02 2020 04:48:17     Synchrony Bank/ JC Penneys,
                 Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
15180662       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 02 2020 04:48:23
                 World’s Foremost Bank,    Attn: Bankruptcy,    4800 Nw 1st St,    Lincoln, NE 68521-4463
                                                                                              TOTAL: 22
```

```
District/off: 0315-7          User: msch              Page 2 of 2               Date Rcvd: Apr 01, 2020
                              Form ID: RSCcon3        Total Noticed: 42
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            M&T Bank
15180657      ##+Receivables Management Partners (RMP),   Attn:  Bankruptcy Dept,   Po Box 349,
              Greensburg, IN 47240-0349
                                                                                    TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2020                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2020 at the address(es) listed below:
```
              James  Warmbrodt     on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Shawn B. Cohen    on behalf of Debtor Aaron S Delancey shawn@attyshawncohen.com,
               notices@attyshawncohen.com;notices1@attyshawncohen.com;notices2@attyshawncohen.com;centralpabk@gm
               ail.com
              Shawn B. Cohen    on behalf of Joint Debtor Jessica J Delancey shawn@attyshawncohen.com,
               notices@attyshawncohen.com;notices1@attyshawncohen.com;notices2@attyshawncohen.com;centralpabk@gm
               ail.com
                                                                                             TOTAL: 5
```