**Form 235**

**UNITED STATES BANKRUPTCY COURT**     47 – 15
**WESTERN DISTRICT OF PENNSYLVANIA**     msch

In re:

                                     :   Bankruptcy Case No.: 20–70004–JAD
                                       :   Related To Doc. No. 15
                                       :   Chapter: 13
                                       :   Issued per the 6/25/2020 Proceeding Proceeding

**Aaron S Delancey**
  Debtor(s)                                 Jessica J Delancey


**ORDER OF COURT CONFIRMING PLAN**
**AND SETTING DEADLINES FOR CERTAIN ACTIONS**


*(1.)*   *PLAN CONFIRMATION:*

       IT IS HEREBY ORDERED that the Plan dated January 21, 2020 is CONFIRMED. A copy of this plan was previously mailed to you.


*(2.)*   *IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.**     **Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty–eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty–eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.**     **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.**     **Review of Claims Docket and Objections to Claims.** Debtor(s)'s counsel (or Debtor(s) if not represented by counsel) must review all proofs of claim within thirty (30) days after the claims bar date. All objections to pre–petition claims shall be filed within ninety (90) days after the claims bar date, thereafter allowing at least thirty (30) days for a response.

**D.**     **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.**     **Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.


*(3.)*   *IT IS FURTHER ORDERED THAT:*

**A.**     After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**     Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**      Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.**      Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**      The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.**      In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any ***secured claim*** that is secured by the subject property, unless directed otherwise by further Order of Court.

Jeffery A. Deller
United States Bankruptcy Judge

 Dated: June 29, 2020

cc: All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 20-70004-JAD
Aaron S Delancey                                                          Chapter 13
Jessica J Delancey
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-7        User: msch           Page 1 of 2           Date Rcvd: Jun 29, 2020
                           Form ID: 235          Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 01, 2020.
```
db/jdb     +Aaron S Delancey,    Jessica J Delancey,    1007 Rosehill Drive,    Altoona, PA 16602-6705
15180635   +AES/Efs Finance,    Attn: Bankruptcy,    Po Box 2461,    Harrisburg, PA 17105-2461
15180636   +AES/PHEAA,    Attn: Bankruptcy,    Po Box 2461,    Harrisburg, PA 17105-2461
15180637   +American Accounts & Advisers,    Attn: Bankruptcy,    Po Box 250,    Cottage Grove, MN 55016-0250
15194531    Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
15180641   +Citi/Sears,    Citibank/Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
15180644   +Credit Protection Association,    Attn: Bankruptcy,    Po Box 802068,    Dallas, TX 75380-2068
15203367   +DR. ROSEANNE GICHURU,    361 HOSPITAL DRIVE,    EVERETT, PA 15537-7022
15225831    Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul, MN 55116-0408
15180646   +First National Bank,    Attn: Bankruptcy,    4140 East State Street,    Hermitage, PA 16148-3401
15180648   +KML LAW GROUP PC,    STE 5000 - BNY MELLON INDEPENDENCE CTR,    701 MARKET ST,
             PHILADELPHIA, PA 19106-1538
15201500   +M&T Bank,    PO Box 1508,    Buffalo, NY 14240-1508
15188525   +PHEAA,    PO BOX 8147,    HARRISBURG PA 17105-8147
15180653   +PHEAA/HCB,    Attn: Bankruptcy,    1200 N 7th St, 3rd Floor,    Harrisburg, PA 17102-1444
15207068   +Penelec,    101 Crawford's Corner Rd.,    Bldg #1, Suite 1-511,    Holmdel, NJ 07733-1976
15180655   +Premier Rental Purch,    5248 Olde Towne Road,    Williamsburg, VA 23188-1986
15180656   +Quality Asset Recovery,    Attn: Bankruptcy,    Po Box 239,    Gibbsboro, NJ 08026-0239
15180661   +The Bureaus Inc,    Attn: Bankruptcy,    650 Dundee Rd, Ste 370,    Northbrook, IL 60062-2757
15207087    UPMC Health Services,    PO Box 1123,    Minneapolis MN 55440-1123
15207081    UPMC Physician Services,    PO Box 1123,    Minneapolis MN 55440-1123
15203337   +Webcollex LLC D/B/A CKS Financial,    PO Box 2856,    Chesapeake VA 23327-2856
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 30 2020 04:56:21
             PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15180638   +E-mail/Text: DDREXLER@ARCFCU.ORG Jun 30 2020 04:48:36    ARC Federal Credit Union,
             1919 7th Ave.,    Altoona, PA 16602-2237
15180639   +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 30 2020 04:55:44    Capital One,
             Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
15180642   +E-mail/Text: jsanders@cksfin.com Jun 30 2020 04:49:20    Cks Financial,    Attn: Bankruptcy,
             Po Box 2856,    Chesapeake, VA 23327-2856
15180643   +E-mail/Text: bankruptcy@firstenergycorp.com Jun 30 2020 04:49:38
             Collection Service Center, Inc.,    Attn: Bankruptcy,    839 5th Ave.,
             New Kensington, PA 15068-6303
15180645    E-mail/Text: mrdiscen@discover.com Jun 30 2020 04:48:46    Discover Financial,
             Attn: Bankruptcy Department,    Po Box 15316,    Wilmington, DE 19850
15182847    E-mail/Text: mrdiscen@discover.com Jun 30 2020 04:48:46    Discover Bank,
             Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
15180647   +E-mail/Text: BKRMailOPS@weltman.com Jun 30 2020 04:49:02    JB Robinson/Sterling Jewelers,
             Attn: Bankruptcy,    375 Ghent Rd,    Akron, OH 44333-4601
15212316    E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 30 2020 04:49:45    Jefferson Capital Systems LLC,
             Po Box 7999,    Saint Cloud Mn 56302-9617
15180640    E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 30 2020 04:55:08    Chase Card Services,
             Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850
15180649   +E-mail/Text: bncnotices@becket-lee.com Jun 30 2020 04:48:51    Kohls/Capital One,
             Attn: Credit Administrator,    Po Box 3043,    Milwaukee, WI 53201-3043
15180650   +E-mail/Text: camanagement@mtb.com Jun 30 2020 04:49:02    M & T Bank,    Attn: Bankruptcy,
             Po Box 844,    Buffalo, NY 14240
15215932    E-mail/Text: camanagement@mtb.com Jun 30 2020 04:49:02    M&T Bank,    PO Box 840,
             Buffalo, NY 14240
15180651   +E-mail/PDF: cbp@onemainfinancial.com Jun 30 2020 04:54:56    OneMain Financial,
             Attn: Bankruptcy,    Po Box 3251,    Evansville, IN 47731-3251
15180654    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 30 2020 04:56:19
             Portfolio Recovery,    Attn: Bankruptcy,    120 Corporate Blvd,    Norfold, VA 23502
15196112    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 30 2020 04:56:24
             Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
15180652   +E-mail/Text: blegal@phfa.org Jun 30 2020 04:49:36    Pa Housing Finance Agency,
             2101 N. Front Street,    Harrisburg, PA 17110-1086
15180657   +E-mail/Text: EBN_IndianapolisIMC@receivemoremp.com Jun 30 2020 04:50:23
             Receivables Management Partners (RMP),    Attn: Bankruptcy Dept,    Po Box 349,
             Greensburg, IN 47240-0349
15180659   +E-mail/PDF: gecsedi@recoverycorp.com Jun 30 2020 04:55:29    SYNCB/BRMart,    Attn: Bankruptcy,
             Po Box 965060,    Orlando, FL 32896-5060
15180658   +E-mail/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com Jun 30 2020 04:49:01
             State Farm Financial S,    1 State Farm Plaza,    Bloomington, IL 61710-0001
15181058   +E-mail/PDF: gecsedi@recoverycorp.com Jun 30 2020 04:55:30    Synchrony Bank,
             c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15180660   +E-mail/PDF: gecsedi@recoverycorp.com Jun 30 2020 04:55:33    Synchrony Bank/ JC Penneys,
             Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
15180662   +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 30 2020 05:08:15
             World's Foremost Bank,    Attn: Bankruptcy,    4800 Nw 1st St,    Lincoln, NE 68521-4463
                                                                                        TOTAL: 23
```

```
District/off: 0315-7          User: msch            Page 2 of 2          Date Rcvd: Jun 29, 2020
                              Form ID: 235          Total Noticed: 44
```

```
             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           M&T Bank
cr*          Educational Credit Management Corporation,    PO Box 16408,    St. Paul, MN 55116-0408
                                                                     TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2020                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 29, 2020 at the address(es) listed below:
          James  Warmbrodt   on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
          Shawn B. Cohen   on behalf of Debtor Aaron S Delancey shawn@attyshawncohen.com,
           notices@attyshawncohen.com;notices1@attyshawncohen.com;notices2@attyshawncohen.com;centralpabk@gm
           ail.com
          Shawn B. Cohen   on behalf of Joint Debtor Jessica J Delancey shawn@attyshawncohen.com,
           notices@attyshawncohen.com;notices1@attyshawncohen.com;notices2@attyshawncohen.com;centralpabk@gm
           ail.com
                                                                                        TOTAL: 5
```