UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : |
| AARON S. DELANCEY and | : |
| JESSICA J. DELANCEY | : BANKRUPTCY NO. 20-70004 |
| | : |
| Debtors | : |
| | : CHAPTER 13 |
| | : |

## WITHDRAWAL OF PROOF OF CLAIM (CLAIM NO. 17)

Leon P. Haller, Attorney for Pennsylvania Housing Finance Agency – Homeowners Emergency Mortgage Assistance Program hereby withdraws the Proof of Claim filed July 15, 2020, to claim number 17 in the above case.

PURCELL, KRUG & HALLER

By: /s/Leon P. Haller
   Leon P. Haller, Attorney for PHFA/HEMAP
   1719 North Front Street
   Harrisburg, PA  17102-2392
   (717)234-4178
   (717) 234-0409 (fax)
   lhaller@pkh.com
   Attorney ID #15700

Dated:  July 31, 2020