**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Jessica J. Delancey<br>Aaron S. Delancey<br>　　　　　Debtor(s)<br><br>M&T Bank, its successors and/or assigns<br>　　　　　Movant<br>　vs.<br><br>Jessica J. Delancey<br>Aaron S. Delancey<br>Ronda J. Winnecour, Trustee<br>　　　　　Respondents | NO. 20-70004 JAD<br><br>CHAPTER 13<br><br>Related to Docs. 55, 58<br><br>Hearing Date: 12/8/21 @ 10:00 a.m. |

**CERTIFICATION OF SERVICE**

I, Maria D. Miksich, Esquire, hereby certify that I served the foregoing Motion to Continue Hearing Scheduled for December 8, 2021 upon the parties listed below on December 1, 2021.

Ronda J. Winnecour (VIA ECF)
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Shawn B. Cohen, Esq. (VIA ECF)
1149 Municipal Drive
PO Box 663
Duncansville, PA 16635

Date: December 1, 2021

　　　　　　　　　　　　　　　　　　By:  _/s/ Maria D. Miksich, Esquire_
　　　　　　　　　　　　　　　　　　Maria D. Miksich, Esquire
　　　　　　　　　　　　　　　　　　mmiksich@kmllawgroup.com
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　215-627-1322