FILED
12/2/21 3:35 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jessica J. Delancey<br>Aaron S. Delancey<br>　　　　　　　　　　Debtor(s)<br><br>M&T Bank, its successors and/or assigns<br>　　　　　　　　　　Movant<br>　vs.<br><br>Jessica J. Delancey<br>Aaron S. Delancey<br>Ronda J. Winnecour, Trustee<br>　　　　　　　　　　Respondents | NO. 20-70004 JAD<br><br>CHAPTER 13<br><br>Related to Docs. 55, 58<br><br>Hearing Date: 12/8/21 @ 10:00 a.m. |

### ORDER

Upon consideration of the Motion filed by M&T Bank, its successors and/or assigns, it is **Ordered** and **Decreed** that the Motion is **granted**, and the hearing scheduled for December 8, 2021 at 10:00 a.m. is hereby CONTINUED to January 7, 2022 at 11:00 a.m. before Judge Jeffery A. Deller via Zoom Hearing. To participate, please initiate and use the following link at least ten (10) minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16009283473, or alternatively, you may use the following Meeting ID: 160 0928 3473.

DATED: December 2, 2021

_____
JEFFERY A. DELLER
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to serve:
Maria Miksich, Esq.
Shawn Cohen, Esq.

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Aaron S Delancey  
Jessica J Delancey  
    Debtors

Case No. 20-70004-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: culy      Page 1 of 2  
Date Rcvd: Dec 02, 2021      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Aaron S Delancey, Jessica J Delancey, 1007 Rosehill Drive, Altoona, PA 16602-6705 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2021 at the address(es) listed below:

**Name      Email Address**

Brian Nicholas  
     on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com

Leon P. Haller  
     on behalf of Creditor Pennsylvania Housing Finance Agency-Homeowners Emergency Mortgage Assistance Program lhaller@pkh.com dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com

Maria Miksich  
     on behalf of Creditor M&T Bank mmiksich@kmllawgroup.com

Office of the United States Trustee  
     ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour  
     cmecf@chapter13trusteewdpa.com

| | | |
|---|---|---|
| District/off: 0315-7 | User: culy | Page 2 of 2 |
| Date Rcvd: Dec 02, 2021 | Form ID: pdf900 | Total Noticed: 1 |

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Shawn B. Cohen
    on behalf of Debtor Aaron S Delancey shawn@attyshawncohen.com
    notices@attyshawncohen.com;notices1@attyshawncohen.com;notices2@attyshawncohen.com;centralpabk@gmail.com

Shawn B. Cohen
    on behalf of Joint Debtor Jessica J Delancey shawn@attyshawncohen.com
    notices@attyshawncohen.com;notices1@attyshawncohen.com;notices2@attyshawncohen.com;centralpabk@gmail.com

TOTAL: 8