# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jessica J. Delancey<br>      Aaron S. Delancey<br>                        Debtor(s) | CHAPTER 13 |
| M&T Bank, its successors and/or assigns<br>                        Movant<br>      vs.<br>Jessica J. Delancey<br>Aaron S. Delancey<br>                        Debtor(s)<br><br>Ronda J. Winnecour<br>                        Trustee | NO. 20-70004 JAD<br><br>11 U.S.C. Section 362 |

## ORDER OF COURT

**TO THE CLERK OF THE BANKRUPTCY COURT:**

AND NOW, this _____ day of _____, 2022, it is hereby ORDERED that the Motion for Relief from Stay filed by M&T Bank on November 3, 2021 (Doc. No. 55), is hereby WITHDRAWN.

BY THE COURT:

_____ J.

/s/ Denise Carlon, Esq.

Denise Carlon, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215)-627-1322

Dated: January 4, 2022