## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jessica J. Delancey<br>       Aaron S. Delancey<br>                       Debtor(s) | CHAPTER 13 |
| M&T Bank, its successors and/or assigns<br>                       Movant<br>      vs.<br>Jessica J. Delancey<br>Aaron S. Delancey<br>                       Debtor(s) | NO. 20-70004 JAD |
| Ronda J. Winnecour<br>                       Trustee | 11 U.S.C. Section 362<br><br>Related to ECF No. 55 |

## ORDER OF COURT

**TO THE CLERK OF THE BANKRUPTCY COURT:**

AND NOW, this   5th   day of   January 2022,   it is hereby ORDERED that the Motion for Relief from Stay filed by M&T Bank on November 3, 2021 (Doc. No. 55) , is hereby WITHDRAWN.

The hearing scheduled for January 7, 2022 is CANCELLED.

_____
Jeffery A. Deller    jah
United States Bankruptcy Judge

FILED
1/5/22 2:38 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Case Administrator to serve:
Debtor
Shawn Cohen, Esq.
Denise Carlon, Esq.

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-70004-JAD |
| Aaron S Delancey | Chapter 13 |
| Jessica J Delancey | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: culy | Page 1 of 2 |
| Date Rcvd: Jan 05, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Aaron S Delancey, Jessica J Delancey, 1007 Rosehill Drive, Altoona, PA 16602-6705 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2022          Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor M&T Bank dcarlon@kmllawgroup.com |
| Leon P. Haller | on behalf of Creditor Pennsylvania Housing Finance Agency-Homeowners Emergency Mortgage Assistance Program lhaller@pkh.com dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com |
| Maria Miksich | on behalf of Creditor M&T Bank mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-7 | User: culy | Page 2 of 2
Date Rcvd: Jan 05, 2022 | Form ID: pdf900 | Total Noticed: 1

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

S. James Wallace
   on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Shawn B. Cohen
   on behalf of Debtor Aaron S Delancey shawn@attyshawncohen.com
   notices@attyshawncohen.com;notices1@attyshawncohen.com;notices2@attyshawncohen.com;centralpabk@gmail.com

Shawn B. Cohen
   on behalf of Joint Debtor Jessica J Delancey shawn@attyshawncohen.com
   notices@attyshawncohen.com;notices1@attyshawncohen.com;notices2@attyshawncohen.com;centralpabk@gmail.com

TOTAL: 9