**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

11/14/2023

IN RE:

| | |
|---|---|
| AARON S DELANCEY<br>JESSICA J DELANCEY<br>1007 ROSEHILL DRIVE<br>ALTOONA,  PA  16602<br>XXX-XX-9194          Debtor(s)<br><br>XXX-XX-6969 | Case No.20-70004 JAD<br><br>Chapter 13 |

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

11/14/2023

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Credit Description |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br><br>NORFOLK, VA  23541 | Trustee Claim Number:1   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  LOWES/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.:  9469 |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br><br>PHILADELPHIA, PA  19106 | Trustee Claim Number:2   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  M AND T BANK/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **DEGENNAROS USED CARS**<br>1514 E PLEASANT VALLEY BLVD<br><br>ALTOONA, PA  16602 | Trustee Claim Number:3   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  2,275.00<br>COMMENT:  PMT PROPER/CONF*RMVD/AMD PL | CRED DESC:  VEHICLE<br>ACCOUNT NO.: |
| **M & T BANK**<br>ATTN PAYMENT PROCESSING<br>POB 1288<br>BUFFALO, NY  14240-1288 | Trustee Claim Number:4   INT %: 0.00%<br>Court Claim Number:15-2<br><br>CLAIM:  0.00<br>COMMENT:  DKT4PMT-LMT*1ST*BGN 2/20*AMD | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  8647 |
| **PHFA-HEMAP(*)**<br>ATTN: LOAN SERVICING<br>PO BOX 15057<br>HARRISBURG, PA  17105-5057 | Trustee Claim Number:5   INT %: 0.00%<br>Court Claim Number:16<br><br>CLAIM:  5,252.17<br>COMMENT:  $5,252.17/CL*100/PL@PHFA*400x(60+2)=LMT*$0ARRS/PL*2ND/SCH*PIF/DTR ATTY*[ | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  6281 |
| **AES (AMERICAN EDUCATION SRVCS)**<br>1200 N SEVENTH ST 2ND FL*<br>ATTN DDB TEAM<br>HARRISBURG, PA  17102 | Trustee Claim Number:6   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$~EFS FNC/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0008 |
| **AES (AMERICAN EDUCATION SRVCS)**<br>1200 N SEVENTH ST 2ND FL*<br>ATTN DDB TEAM<br>HARRISBURG, PA  17102 | Trustee Claim Number:7   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$~EFS FNC/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0007 |
| **AES (AMERICAN EDUCATION SRVCS)**<br>1200 N SEVENTH ST 2ND FL*<br>ATTN DDB TEAM<br>HARRISBURG, PA  17102 | Trustee Claim Number:8   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$~EFS FNC/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0006 |
| **AES (AMERICAN EDUCATION SRVCS)**<br>1200 N SEVENTH ST 2ND FL*<br>ATTN DDB TEAM<br>HARRISBURG, PA  17102 | Trustee Claim Number:9   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$~EFS FNC/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0005 |
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN  55116-0478 | Trustee Claim Number:10  INT %: 0.00%<br>Court Claim Number:2<br><br>CLAIM:  4,553.60<br>COMMENT:  X004~NO$/SCH*FR PHEAA-DOC 38 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6969 |

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **AES/PHEAA**<br>PO BOX 1375<br><br>BUFFALO, NY  14240-1375 | Trustee Claim Number:11  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0001 |
| **AES/PHEAA**<br>PO BOX 1375<br><br>BUFFALO, NY  14240-1375 | Trustee Claim Number:12  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0002 |
| **AES/PHEAA**<br>PO BOX 1375<br><br>BUFFALO, NY  14240-1375 | Trustee Claim Number:13  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0003 |
| **AMERICAN ACCOUNTS**<br>7460 80TH ST SOUTH<br><br>COTTAGE GROVE, MN  55016 | Trustee Claim Number:14  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR~REMCARE/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5223 |
| **ARC FEDERAL CREDIT UNION**<br>1919 7TH AVENUE<br><br>ALTOONA, PA  16602 | Trustee Claim Number:15  INT %:  0.00%<br>Court Claim Number:4-3<br>CLAIM:  4,463.05<br>COMMENT:  X7531/SCH*SIGNED W/SEAL 1/19/2007*AMD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9194 |
| **CAPITAL ONE\*\***<br>6125 LAKEVIEW RD STE 800<br><br>CHARLOTTE, NC  28269 | Trustee Claim Number:16  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9261 |
| **CHASE CARD SERVICES\*\***<br>PO BOX 15298<br><br>WILMINGTON, DE  19850 | Trustee Claim Number:17  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0080 |
| **SEARS/CITI CARD USA\*+++**<br>BANKRUPTCY DEPT*<br>POB 182149*<br>COLUMBUS, OH  43218 | Trustee Claim Number:18  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6722 |
| **WEBCOLLEX LLC D/B/A CKS FINANCIAL**<br>C/O CKS FINANCIAL<br>PO BOX 2856<br>CHESAPEAKE, VA  23327 | Trustee Claim Number:19  INT %:  0.00%<br>Court Claim Number:8<br>CLAIM:  231.95<br>COMMENT:  X8779/SCH*STERLING JWLRS*STALE~EMAIL DONE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0823 |
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>PO BOX 560<br>NEW KENSINGTON, PA  15068 | Trustee Claim Number:20  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR~WOMENS CARE/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  B4RP |

| Creditor | Claim Info | Description |
|---|---|---|
| **CREDIT PROTECTION ASSN++**<br>NOEL ROAD<br>P. O. BOX 802068<br>DALLAS, TX  75380 | Trustee Claim Number:21  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NO$~ATLANTIC BROADBAND/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 3461 |
| **CREDIT PROTECTION ASSN++**<br>NOEL ROAD<br>P. O. BOX 802068<br>DALLAS, TX  75380 | Trustee Claim Number:22  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  ATLANTIC BROADBAND/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 2091 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH  43054-3025 | Trustee Claim Number:23  INT %:  0.00%<br>Court Claim Number:1<br>CLAIM:  9,594.15<br>COMMENT:  STALE~EMAIL DONE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 4832 |
| **FIRST NATIONAL BANK OF PA(*)**<br>LOAN ADJUSTMENT DEPT*<br>4140 E STATE ST<br>HERMITAGE, PA  16148 | Trustee Claim Number:24  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NO$~AUTO/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 0609 |
| **JB ROBINSON**<br>375 GHENT RD<br>AKRON, OH  44333 | Trustee Claim Number:25  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 0823 |
| **CAPITAL ONE NA\*\***<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA  19355-0701 | Trustee Claim Number:26  INT %:  0.00%<br>Court Claim Number:5<br>CLAIM:  657.90<br>COMMENT:  KOHLS*STALE~EMAIL DONE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 7213 |
| **M & T BANK**<br>PO BOX 1508<br>BUFFALO, NY  14240 | Trustee Claim Number:27  INT %:  0.00%<br>Court Claim Number:7<br>CLAIM:  765.31<br>COMMENT:  X0001/SCH*/SCH F LAST ACTIVE 3/17 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 5095 |
| **ONE MAIN FINANCIAL GROUP LLC(*)**<br>PO BOX 3251<br>EVANSVILLE, IN  47731-3251 | Trustee Claim Number:28  INT %:  0.00%<br>Court Claim Number:3<br>CLAIM:  5,341.75<br>COMMENT:  DEFICIENCY BALANCE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 7279 |
| **ONE MAIN FINANCIAL(*)**<br>PO BOX 3251<br>EVANSVILLE, IN  47731-3251 | Trustee Claim Number:29  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 7279 |
| **ONE MAIN FINANCIAL(*)**<br>PO BOX 3251<br>EVANSVILLE, IN  47731-3251 | Trustee Claim Number:30  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 7922 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account |
|---|---|---|
| **ONE MAIN FINANCIAL(*)**<br>PO BOX 3251<br><br>EVANSVILLE, IN  47731-3251 | Trustee Claim Number:31  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3881 |
| **ONE MAIN FINANCIAL(*)**<br>PO BOX 3251<br><br>EVANSVILLE, IN  47731-3251 | Trustee Claim Number:32  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2511 |
| **PHEAA(*)**<br>PO BOX 1375<br><br>BUFFALO, NY  14240-1375 | Trustee Claim Number:33  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  EFS FNC/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0008 |
| **PHEAA(*)**<br>PO BOX 1375<br><br>BUFFALO, NY  14240-1375 | Trustee Claim Number:34  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  EFS FNC/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0007 |
| **PHEAA(*)**<br>PO BOX 1375<br><br>BUFFALO, NY  14240-1375 | Trustee Claim Number:35  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  EFS FNC/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0006 |
| **PHEAA(*)**<br>PO BOX 1375<br><br>BUFFALO, NY  14240-1375 | Trustee Claim Number:36  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  EFS FNC/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0005 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:37  INT %:  0.00%<br>Court Claim Number:6<br>CLAIM:  1,530.77<br>COMMENT:  GE CAP/LOWES/GEMB*STALE~EMAIL DONE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9469 |
| **PREMIER RENTAL COMPANIES**<br>925 CAPITOL LANDING RD STE B<br><br>WILLIAMSBURG, VA  23185 | Trustee Claim Number:38  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NO$~LEASE/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1641 |
| **QUALITY ASSET RECOVERY**<br>7 FOSTER AVE STE 101<br><br>GIBBSBORO, NJ  08026 | Trustee Claim Number:39  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  ALTOONA OPTHAL/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8952 |
| **UPMC PHYSICIAN SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN  55440 | Trustee Claim Number:40  INT %:  0.00%<br>Court Claim Number:13<br>CLAIM:  967.71<br>COMMENT:  X5459/SCH*UPMC COMMUNITY MEDICINE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9194 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account |
|---|---|---|
| **STATE FARM FINANCIAL SVCS**<br>1 STATE FARM PLAZA<br><br>BLOOMINGTON, IL 61710 | Trustee Claim Number: 41  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1872 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 42  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~BRMART/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1066 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 43  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~JCP/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1873 |
| **THE BUREAUS INC**<br>650 DUNDEE RD STE 370<br><br>NORTHBROOK, IL 60062-2757 | Trustee Claim Number: 44  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CAP 1/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6959 |
| **WORLDS FOREMOST BANK**<br>4800 NW 1ST ST STE 300<br><br>LINCOLN, NE 68521 | Trustee Claim Number: 45  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3222 |
| **M & T BANK**<br>ATTN PAYMENT PROCESSING<br>POB 1288<br>BUFFALO, NY 14240-1288 | Trustee Claim Number: 46  INT %: 0.00%<br>Court Claim Number: 15-2<br>CLAIM: 14,048.71<br>COMMENT: CL15-2GOV*18k/PL*1ST*THRU 1/20*AMD | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 8647 |
| **UPMC HEALTH SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number: 47  INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 155.36<br>COMMENT: NT/SCH*UPMC ALTOONA | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9194 |
| **UPMC HEALTH SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number: 48  INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 1,248.33<br>COMMENT: NT/SCH*UPMC ALTOONA*UPMC CHILDRENS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6969 |
| **UPMC PHYSICIAN SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number: 49  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 871.00<br>COMMENT: NT/SCH*UPMC COMMUNITY MEDICINE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6969 |
| **PENELEC/FIRST ENERGY\*\***<br>101 CRAWFORDS CORNER RD BLDG #1 STE 1-5<br>PO BOX 367<br>HOLMDEL, NJ 07733 | Trustee Claim Number: 50  INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 105.95<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7006 |

| Creditor | Trustee/Court Claim | Cred Desc / Account |
|---|---|---|
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br><br>CHICAGO, IL 60677-2813 | Trustee Claim Number:51  INT %: 0.00%<br>Court Claim Number:14<br><br>CLAIM: 1,267.86<br>COMMENT: REF 3510984922*NT/SCH*VERIZON | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **UPMC HEALTH SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br><br>MINNEAPOLIS, MN 55440 | Trustee Claim Number:52 INT %: 0.00%<br>Court Claim Number:12<br><br>CLAIM: 1,049.05<br>COMMENT: NT/SCH*UPMC ALTOONA | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9194 |
| **UPMC HEALTH SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br><br>MINNEAPOLIS, MN 55440 | Trustee Claim Number:53  INT %: 0.00%<br>Court Claim Number:11<br><br>CLAIM: 2,325.95<br>COMMENT: NT/SCH*UPMC ALTOONA*UPMC CHILDRENS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6969 |
| **M & T BANK**<br>ATTN PAYMENT PROCESSING<br>POB 1288<br><br>BUFFALO, NY 14240-1288 | Trustee Claim Number:54  INT %: 0.00%<br>Court Claim Number:15-2<br><br>CLAIM: 0.00<br>COMMENT: FOREBEAR/OE~5/20-10/20*POST PET ARRS/PL=13724.02*AMD*CMBD@4*DK | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 8647 |
| **PURCELL KRUG & HALLER**<br>1719 N FRONT ST<br><br>HARRISBURG, PA 17102 | Trustee Claim Number:55  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: PHFA/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PHFA-HEMAP(*)**<br>ATTN: LOAN SERVICING<br>PO BOX 15057<br><br>HARRISBURG, PA 17105-5057 | Trustee Claim Number:56  INT %: 0.00%<br>Court Claim Number:17<br><br>CLAIM: 0.00<br>COMMENT: DUP OF CL 16*CL @ 5252.17 W/DRAWN-DOC 51 | CRED DESC: MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 6281 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br><br>HARRISBURG, PA 17128 | Trustee Claim Number:57  INT %: 0.00%<br>Court Claim Number:18<br><br>CLAIM: 41.38<br>COMMENT: CL18GOV*NT/SCH-PL*FILED PAST BAR | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 9194 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br><br>HARRISBURG, PA 17128 | Trustee Claim Number:58  INT %: 0.00%<br>Court Claim Number:18<br><br>CLAIM: 1.90<br>COMMENT: NT/SCH | CRED DESC: UNSECURED/LATE FILED<br>ACCOUNT NO.: 9194 |
| **GRB LAW****<br>C/O JEFFREY R HUNT ESQ - FOR PNG CO<br>525 WILLIAM PENN PLACE STE 3110<br><br>PITTSBURGH, PA 15219 | Trustee Claim Number:59  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: PEOPLES/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **M & T BANK**<br>ATTN PAYMENT PROCESSING<br>POB 1288<br><br>BUFFALO, NY 14240-1288 | Trustee Claim Number:60  INT %: 0.00%<br>Court Claim Number:15-2<br><br>CLAIM: 0.00<br>COMMENT: FORBEARANCE NT IN ORDER = 5414.38*2/20-4/20, 11/20-12/20, 10/21 | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 8647 |

| CLAIM RECORDS | | |
|---|---|---|
| **JAMES R WOOD ESQ**<br>PORTNOFF LAW ASSOCIATES LTD<br>2700 HORIZON DR STE 100<br>KING OF PRUSSIA, PA  19406 | Trustee Claim Number:61  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  LOGAN TWP/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |