**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PA**

Chapter:   13
Case No:   2070004

In re:   AARON S DELANCEY
         JESSICA J DELANCEY

Account Number:  9469

## WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Portfolio Recovery Associates, LLC by PRA Receivables Management, LLC agent. Pursuant to the Federal Rule of Bankruptcy Procedure 3006, withdraws its proof(s) of claim 6 filed on 02/06/2020 in the amount of $1,530.77 .

On this date 12/5/2023.


By:   /s/ George S. Grammer
      George S. Grammer
      Bankruptcy Representative
      PRA Receivables Management, LLC., as agent of
      Portfolio Recovery Associates LLC.
      POB 41067
      Norfolk, VA 23541
      E-mail: Bankruptcy_Info@prareceivables.com