IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Aaron S. Delancey | : | Case No. 20-70004-JAD |
| Jessica J. Delancey | : | Chapter 13 |
| Debtor(s) | : | |
| Ronda J. Winnecour, Chapter 13 | : | |
| Trustee | : | Related to Doc. 79 and 81 and 82 |
| Movant(s) | : | |
| vs. | : | |
| Aaron S. Delancey | : | |
| Jessica J. Delancey | : | |
| Respondent(s) | : | |

**<u>ORDER</u>**

NOW, this _3rd_ day of _____May_____, 2024, upon consideration of the MOTION TO VACATE DISMISSAL OF THE CASE, it is hereby ORDERED, that the May 3, 2024, Order (at Doc 81) dismissing Debtor's case without prejudice is VACATED and Ronda J. Winnecour is reappointed as the Chapter 13 Trustee in this case.

It is further ORDERED that the Debtor(s) shall, within 10 days of the date of this Order, either file a motion to convert the case to Chapter 7 or file an appropriate response to the Trustee Certificate of Default in accordance with the Order at Doc 80. In default of either a Motion to convert or appropriate response the dismissal order shall be reinstated with further Order of Court.

IT IS FURTHER ORDERED that the hearing scheduled for June 5, 2024 is hereby CANCELLED.

_____sjk
United States Bankruptcy Court
Jeffery A. Deller

FILED
5/3/24 11:55 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-70004-JAD |
| Aaron S Delancey | Chapter 13 |
| Jessica J Delancey | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 2 |
| Date Rcvd: May 03, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Aaron S Delancey, Jessica J Delancey, 1007 Rosehill Drive, Altoona, PA 16602-6705 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2024          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | |
| | on behalf of Creditor M&T Bank dcarlon@kmllawgroup.com |
| James R. Wood | |
| | on behalf of Creditor Logan Township jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| Leon P. Haller | |
| | on behalf of Creditor Pennsylvania Housing Finance Agency-Homeowners Emergency Mortgage Assistance Program lhaller@pkh.com khousman@pkh.com;dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com |
| Maria Miksich | |
| | on behalf of Creditor M&T Bank mmiksich@kmllawgroup.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |

District/off: 0315-7 | User: auto | Page 2 of 2
Date Rcvd: May 03, 2024 | Form ID: pdf900 | Total Noticed: 1

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Shawn B. Cohen

on behalf of Debtor Aaron S Delancey attyshawncohen@proton.me  attyshawncohen@proton.me;centralpabk@gmail.com

Shawn B. Cohen

on behalf of Joint Debtor Jessica J Delancey attyshawncohen@proton.me  attyshawncohen@proton.me;centralpabk@gmail.com

TOTAL: 9