**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**JOHNSTOWN DIVISION**

| | |
|---|---|
| In re:<br>　　AARON S DELANCEY<br>　　JESSICA J DELANCEY<br>　　　　Debtor(s) | Case No. 20-70004JAD |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/07/2020.

2) The plan was confirmed on 06/29/2020.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 02/02/2022.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 04/11/2024.

5) The case was converted on 05/13/2024.

6) Number of months from filing or conversion to last payment: 0.

7) Number of months case was pending: 52.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $19,779.56.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $67,500.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $67,500.00

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $3,422.86 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $5,422.86

Attorney fees paid and disclosed by debtor:   $2,000.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AES (AMERICAN EDUCATION SRVCS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AES (AMERICAN EDUCATION SRVCS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AES (AMERICAN EDUCATION SRVCS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AES (AMERICAN EDUCATION SRVCS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AES/PHEAA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AES/PHEAA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AES/PHEAA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN ACCOUNTS | Unsecured | 34.00 | NA | NA | 0.00 | 0.00 |
| ARC FEDERAL CREDIT UNION | Unsecured | 4,463.00 | 4,463.05 | 4,463.05 | 1,093.53 | 0.00 |
| CAPITAL ONE NA** | Unsecured | 657.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE** | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE CARD SERVICES** | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION SERVICE CENTER INC | Unsecured | 331.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSN++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSN++ | Unsecured | 416.00 | NA | NA | 0.00 | 0.00 |
| DEGENNAROS USED CARS | Secured | 3,100.00 | NA | 2,275.00 | 2,275.00 | 0.00 |
| DISCOVER BANK(*) | Unsecured | 9,594.00 | 9,594.15 | 9,594.15 | 2,350.76 | 0.00 |
| ECMC(*) | Unsecured | 0.00 | 4,553.60 | 4,553.60 | 1,115.72 | 0.00 |
| FIRST NATIONAL BANK OF PA(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| JB ROBINSON | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC* | Unsecured | NA | 1,267.86 | 1,267.86 | 310.65 | 0.00 |
| M & T BANK | Priority | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| M & T BANK | Priority | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| M & T BANK | Unsecured | 765.00 | 765.31 | 765.31 | 174.22 | 0.00 |
| M & T BANK | Secured | 87,590.00 | 71,375.05 | 0.00 | 31,208.68 | 0.00 |
| M & T BANK | Secured | 0.00 | 14,048.71 | 14,048.71 | 14,048.71 | 0.00 |
| ONE MAIN FINANCIAL GROUP LLC(* | Unsecured | 5,341.75 | 5,341.75 | 5,341.75 | 1,308.84 | 0.00 |
| ONE MAIN FINANCIAL(*) | Unsecured | 5,241.00 | NA | NA | 0.00 | 0.00 |
| ONE MAIN FINANCIAL(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ONE MAIN FINANCIAL(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ONE MAIN FINANCIAL(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PA DEPARTMENT OF REVENUE* | Priority | NA | 41.38 | 41.38 | 41.38 | 0.00 |
| PA DEPARTMENT OF REVENUE* | Unsecured | NA | 1.90 | 1.90 | 0.00 | 0.00 |
| PENELEC/FIRST ENERGY** | Unsecured | NA | 105.95 | 105.95 | 16.71 | 0.00 |
| PHEAA(*) | Unsecured | 427.00 | NA | NA | 0.00 | 0.00 |
| PHEAA(*) | Unsecured | 1,675.00 | NA | NA | 0.00 | 0.00 |
| PHEAA(*) | Unsecured | 2,722.00 | NA | NA | 0.00 | 0.00 |
| PHEAA(*) | Unsecured | 456.00 | NA | NA | 0.00 | 0.00 |
| PHFA-HEMAP(*) | Secured | 5,108.00 | 5,252.17 | 5,252.17 | 5,252.17 | 0.00 |
| PHFA-HEMAP(*) | Secured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 1,664.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PREMIER RENTAL COMPANIES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| QUALITY ASSET RECOVERY | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| SEARS/CITI CARD USA*++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| STATE FARM FINANCIAL SVCS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK** | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK** | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| THE BUREAUS INC | Unsecured | 2,318.00 | NA | NA | 0.00 | 0.00 |
| UPMC HEALTH SERVICES | Unsecured | NA | 1,049.05 | 1,049.05 | 257.04 | 0.00 |
| UPMC HEALTH SERVICES | Unsecured | NA | 2,325.95 | 2,325.95 | 569.90 | 0.00 |
| UPMC HEALTH SERVICES | Unsecured | NA | 155.36 | 155.36 | 24.50 | 0.00 |
| UPMC HEALTH SERVICES | Unsecured | NA | 1,248.33 | 1,248.33 | 305.86 | 0.00 |
| UPMC PHYSICIAN SERVICES | Unsecured | NA | 871.00 | 871.00 | 213.41 | 0.00 |
| UPMC PHYSICIAN SERVICES | Unsecured | 599.00 | 967.71 | 967.71 | 237.11 | 0.00 |
| WEBCOLLEX LLC D/B/A CKS FINANC | Unsecured | 232.00 | 231.95 | 231.95 | 0.00 | 0.00 |
| WORLDS FOREMOST BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $5,252.17 | $36,460.85 | $0.00 |
| Mortgage Arrearage | $14,048.71 | $14,048.71 | $0.00 |
| Debt Secured by Vehicle | $2,275.00 | $2,275.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$21,575.88** | **$52,784.56** | **$0.00** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $41.38 | $41.38 | $0.00 |
| **TOTAL PRIORITY**: | **$41.38** | **$41.38** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$32,942.92** | **$7,978.25** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $5,422.86 |
| Disbursements to Creditors | $60,804.19 |
| **TOTAL DISBURSEMENTS** : | **$66,227.05** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 05/22/2024  By: /s/ Ronda J. Winnecour
Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**