**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

AARON S DELANCEY
JESSICA J DELANCEY
      Debtor(s)

Case No.:20-70004 JAD

Ronda J. Winnecour
      Movant
        vs.
No Respondents.

Document No.:

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 01/07/2020  and confirmed on 06/29/2020 .  The case was subsequently     (D)
CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 68,125.00 |
| Less Refunds to Debtor | 1,897.95 | |
| TOTAL AMOUNT OF PLAN FUND | | 66,227.05 |

| Administrative Fees | | |
|---|---:|---:|
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 2,000.00 | |
| Trustee Fee | 3,422.86 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,422.86 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| M & T BANK | 0.00 | 31,208.68 | 0.00 | 31,208.68 |
| Acct: 8647 | | | | |
| PHFA-HEMAP(*) | 5,252.17 | 5,252.17 | 0.00 | 5,252.17 |
| Acct: 6281 | | | | |
| M & T BANK | 14,048.71 | 14,048.71 | 0.00 | 14,048.71 |
| Acct: 8647 | | | | |
| DEGENNAROS USED CARS | 2,275.00 | 2,275.00 | 0.00 | 2,275.00 |
| Acct: | | | | |
| PHFA-HEMAP(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6281 | | | | |
| | | | | 52,784.56 |
| Priority | | | | |
| SHAWN B COHEN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AARON S DELANCEY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AARON S DELANCEY | 1,897.95 | 1,897.95 | 0.00 | 0.00 |
| Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| COHEN LAW OFFICE | 2,000.00 | 2,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 41.38 | 41.38 | 0.00 | 41.38 |
| Acct: 9194 | | | | |
| M & T BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8647 | | | | |
| M & T BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8647 | | | | |
| | | | | 41.38 |
| **Unsecured** | | | | |
| AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0008 | | | | |
| AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0007 | | | | |
| AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0006 | | | | |
| AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0005 | | | | |
| ECMC(*) | 4,553.60 | 1,115.72 | 0.00 | 1,115.72 |
| Acct: 6969 | | | | |
| AES/PHEAA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| AES/PHEAA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0002 | | | | |
| AES/PHEAA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0003 | | | | |
| AMERICAN ACCOUNTS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5223 | | | | |
| ARC FEDERAL CREDIT UNION | 4,463.05 | 1,093.53 | 0.00 | 1,093.53 |
| Acct: 9194 | | | | |
| CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9261 | | | | |
| CHASE CARD SERVICES** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0080 | | | | |
| SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6722 | | | | |
| WEBCOLLEX LLC D/B/A CKS FINANCIAL | 231.95 | | | |
| Acct: 0823 | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: B4RP | | | | |
| CREDIT PROTECTION ASSN++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3461 | | | | |
| CREDIT PROTECTION ASSN++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2091 | | | | |
| DISCOVER BANK(*) | 9,594.15 | 2,350.76 | 0.00 | 2,350.76 |
| Acct: 4832 | | | | |
| FIRST NATIONAL BANK OF PA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0609 | | | | |
| JB ROBINSON | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0823 | | | | |
| CAPITAL ONE NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7213 | | | | |
| M & T BANK | 765.31 | 174.22 | 0.00 | 174.22 |
| Acct: 5095 | | | | |
| ONE MAIN FINANCIAL GROUP LLC(*) | 5,341.75 | 1,308.84 | 0.00 | 1,308.84 |
| Acct: 7279 | | | | |
| ONE MAIN FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7279 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| ONE MAIN FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7922 | | | | |
| ONE MAIN FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3881 | | | | |
| ONE MAIN FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2511 | | | | |
| PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0008 | | | | |
| PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0007 | | | | |
| PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0006 | | | | |
| PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0005 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9469 | | | | |
| PREMIER RENTAL COMPANIES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1641 | | | | |
| QUALITY ASSET RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8952 | | | | |
| UPMC PHYSICIAN SERVICES | 967.71 | 237.11 | 0.00 | 237.11 |
| Acct: 9194 | | | | |
| STATE FARM FINANCIAL SVCS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1872 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1066 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1873 | | | | |
| THE BUREAUS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6959 | | | | |
| WORLDS FOREMOST BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3222 | | | | |
| UPMC HEALTH SERVICES | 155.36 | 24.50 | 0.00 | 24.50 |
| Acct: 9194 | | | | |
| UPMC HEALTH SERVICES | 1,248.33 | 305.86 | 0.00 | 305.86 |
| Acct: 6969 | | | | |
| UPMC PHYSICIAN SERVICES | 871.00 | 213.41 | 0.00 | 213.41 |
| Acct: 6969 | | | | |
| PENELEC/FIRST ENERGY** | 105.95 | 16.71 | 0.00 | 16.71 |
| Acct: 7006 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 1,267.86 | 310.65 | 0.00 | 310.65 |
| Acct: 0001 | | | | |
| UPMC HEALTH SERVICES | 1,049.05 | 257.04 | 0.00 | 257.04 |
| Acct: 9194 | | | | |
| UPMC HEALTH SERVICES | 2,325.95 | 569.90 | 0.00 | 569.90 |
| Acct: 6969 | | | | |
| PA DEPARTMENT OF REVENUE* | 1.90 | 0.00 | 0.00 | 0.00 |
| Acct: 9194 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9469 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PURCELL KRUG & HALLER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JAMES R WOOD ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

| | | | | | Page 4 of 4 |
|---|---|---|---|---|---|

20-70004 JAD                    **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

| Creditor Type | Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|---|
| | | | | | | 7,978.25 |

TOTAL PAID TO CREDITORS                                                                60,804.19

TOTAL CLAIMED
PRIORITY                    41.38
SECURED                21,575.88
UNSECURED            32.942.92

Date: 05/29/2024                                  /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com