| Fill in this information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | Aaron S Delancey | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | Jessica J Delancey | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number (if known) | 20-70004 | Chapter | 7 |

## SCHEDULE OF UNPAID DEBTS INCURRED AFTER THE COMMENCEMENT OF THE CHAPTER 13 CASE BEFORE CONVERSION

None.

Date  May 27, 2024                    Signature  /s/ Aaron S Delancey
                                                 Aaron S Delancey
                                                 Debtor

Date  May 27, 2024                    Signature  /s/ Jessica J Delancey
                                                 Jessica J Delancey
                                                 Joint Debtor

Attorney  /s/ Shawn B Cohen
          Shawn B Cohen 79478