**Fill in this information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Aaron S Delancey | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Jessica J Delancey | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: WESTERN DISTRICT OF PENNSYLVANIA

Case number  20-70004
(if known)

Chapter  7

## SCHEDULE OF UNPAID DEBTS NOT LISTED IN THE CHAPTER 13 TRUSTEE'S FINAL REPORT AND ACCOUNT

None.

Date  June 12, 2024            Signature  /s/ Aaron S Delancey
                                          Aaron S Delancey
                                          Debtor

Date  June 12, 2024            Signature  /s/ Jessica J Delancey
                                          Jessica J Delancey
                                          Joint Debtor

Attorney  /s/ Shawn B Cohen
          Shawn B Cohen 79478