**Fill in this information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Aaron S Delancey | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | Jessica J Delancey | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known): 20-70004          Chapter 7

**SCHEDULE OF ALL PROPERTY NOT LISTED IN FINAL REPORT AND ACCOUNT OF THE CHAPTER 13 TRUSTEE WHICH WAS ACQUIRED AFTER THE COMMENCEMENT OF THE CHAPTER 13 CASE BUT BERORE ENTRY OF THE CONVERSION ORDER**

None.

Date June 12, 2024          Signature /s/ Aaron S Delancey
                                      Aaron S Delancey
                                      Debtor

Date June 12, 2024          Signature /s/ Jessica J Delancey
                                      Jessica J Delancey
                                      Joint Debtor

Attorney /s/ Shawn B Cohen
         Shawn B Cohen 79478