| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor 1 | Aaron S Delancey | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 (Spouse, if filing) | Jessica J Delancey | |
| | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number (if known) | 20-70004 | Chapter 7 |

**SCHEDULE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES ENTERED INTO OR ASSUMED AFTER THE COMMENCEMENT OF THE CHAPTER 13 CASE BUT BEFORE THE ENTRY OF THE CONVERSION ORDER**

1. Honey Bee Motors
2203 7th Avenue
Altoona, PA 16602

Rent to own lease for 2012 Jeep Cherokee. $200.00 payment every two weeks starting in November 2023 and ending in November 2025.

Debtors will continue paying this lease as Debtors both work and need this vehicle to travel to and from employment.

Date  June 12, 2024        Signature  /s/ Aaron S Delancey
                                        Aaron S Delancey
                                        Debtor

Date  June 12, 2024        Signature  /s/ Jessica J Delancey
                                        Jessica J Delancey
                                        Joint Debtor

Attorney  /s/ Shawn B Cohen
          Shawn B Cohen 79478