**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Aaron S Delancey <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–9194 <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | Jessica J Delancey <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–6969 <br> EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   20–70004–JAD

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Aaron S Delancey                          Jessica J Delancey

8/30/24                                   **By the court:**   Jeffery A. Deller
                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 20-70004-JAD
Aaron S Delancey  Chapter 7
Jessica J Delancey
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: auto      Page 1 of 4
Date Rcvd: Aug 30, 2024      Form ID: 318      Total Noticed: 52

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Aaron S Delancey, Jessica J Delancey, 1007 Rosehill Drive, Altoona, PA 16602-6705 |
| 15180644 | + | Credit Protection Association, Attn: Bankruptcy, Po Box 802068, Dallas, TX 75380-2068 |
| 15203367 | + | DR. ROSEANNE GICHURU, 361 HOSPITAL DRIVE, EVERETT, PA 15537-7022 |
| 15810303 | + | Honey Motors LLC, 2203 7th Avenue, Altooona, PA 16602-2243 |
| 15643139 | + | Logan Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 15643140 | + | Logan Township, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BLMSWOPE | Aug 31 2024 03:54:00 | Lisa M. Swope, Chapter 7 Trustee, Neugebauer & Swope, P.C., 219 South Center Street, P. O. Box 270, Ebensburg, PA 15931-0270 |
| smg | | EDI: PENNDEPTREV | Aug 31 2024 03:54:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 31 2024 00:08:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | Aug 31 2024 03:54:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: blegal@phfa.org | Aug 31 2024 00:08:00 | Pennsylvania Housing Finance Agency-Homeowners Eme, 211 North Front Street, P.O. Box 15206, Harrisburg, PA 17105-5206 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Aug 31 2024 00:07:00 | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15180635 | + | Email/Text: bncnotifications@pheaa.org | Aug 31 2024 00:07:00 | AES/Efs Finance, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15180636 | + | Email/Text: bncnotifications@pheaa.org | Aug 31 2024 00:07:00 | AES/PHEAA, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15180638 | + | Email/Text: DDREXLER@ARCFCU.ORG | Aug 31 2024 00:07:00 | ARC Federal Credit Union, 1919 7th Ave., Altoona, PA 16602-2237 |
| 15180637 | + | Email/Text: pfahey@amaccts.com | Aug 31 2024 00:08:00 | American Accounts & Advisers, Attn: Bankruptcy, |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Po Box 250, Cottage Grove, MN 55016-0250 |
| 15180639 | + | EDI: CAPITALONE.COM | Aug 31 2024 03:54:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15194531 | | Email/PDF: bncnotices@becket-lee.com | Aug 31 2024 00:10:52 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15180641 | + | EDI: CITICORP | Aug 31 2024 03:54:00 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15180642 | + | EDI: CKSFINANCIAL.COM | Aug 31 2024 03:54:00 | Cks Financial, Attn: Bankruptcy, Po Box 2856, Chesapeake, VA 23327-2856 |
| 15180643 | + | Email/Text: bankruptcy@firstenergycorp.com | Aug 31 2024 00:08:00 | Collection Service Center, Inc., Attn: Bankruptcy, 839 5th Ave., New Kensington, PA 15068-6303 |
| 15180645 | | EDI: DISCOVER | Aug 31 2024 03:54:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 15182847 | | EDI: DISCOVER | Aug 31 2024 03:54:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15225831 | | Email/Text: ECMCBKNotices@ecmc.org | Aug 31 2024 00:08:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 15180646 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Aug 31 2024 00:07:00 | First National Bank, Attn: Bankruptcy, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15180647 | + | Email/Text: BKRMailOPS@weltman.com | Aug 31 2024 00:08:00 | JB Robinson/Sterling Jewelers, Attn: Bankruptcy, 375 Ghent Rd, Akron, OH 44333-4601 |
| 15212316 | | EDI: JEFFERSONCAP.COM | Aug 31 2024 03:55:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15180640 | | EDI: JPMORGANCHASE | Aug 31 2024 03:54:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15180648 | ^ | MEBN | Aug 30 2024 23:56:51 | KML LAW GROUP PC, STE 5000 - BNY MELLON INDEPENDENCE CTR, 701 MARKET ST, PHILADELPHIA, PA 19106-1538 |
| 15180649 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 31 2024 00:07:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15180658 | | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | Aug 31 2024 00:07:00 | State Farm Financial S, 1 State Farm Plaza, Bloomington, IL 61710 |
| 15180650 | | Email/Text: camanagement@mtb.com | Aug 31 2024 00:08:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240 |
| 15215932 | | Email/Text: camanagement@mtb.com | Aug 31 2024 00:08:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |
| 15201500 | + | Email/Text: camanagement@mtb.com | Aug 31 2024 00:08:00 | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
| 15180651 | + | EDI: AGFINANCE.COM | Aug 31 2024 03:54:00 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15188525 | + | Email/Text: bncnotifications@pheaa.org | Aug 31 2024 00:07:00 | PHEAA, PO BOX 8147, HARRISBURG PA 17105-8147 |
| 15180653 | + | Email/Text: bncnotifications@pheaa.org | Aug 31 2024 00:07:00 | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 15180654 | | EDI: PRA.COM | Aug 31 2024 03:54:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 15196112 | | EDI: PRA.COM | Aug 31 2024 03:54:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15180652 | + | Email/Text: blegal@phfa.org | Aug 31 2024 00:08:00 | Pa Housing Finance Agency, 2101 N. Front Street, Harrisburg, PA 17110-1086 |
| 15207068 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Aug 31 2024 00:07:00 | Penelec, 101 Crawford's Corner Rd., Bldg #1, |

District/off: 0315-7 | User: auto | Page 3 of 4
Date Rcvd: Aug 30, 2024 | Form ID: 318 | Total Noticed: 52

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Suite 1-511, Holmdel, NJ 07733-1976 |
| 15269690 | | EDI: PENNDEPTREV | Aug 31 2024 03:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 15269690 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 31 2024 00:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 15265942 | + | Email/Text: blegal@phfa.org | Aug 31 2024 00:08:00 | Pennsylvania Housing Finance Agency-HEMAP, 211 North Front Street, PO BOX 15206, Harrisburg, PA 17105-5206 |
| 15180656 | ^ | MEBN | Aug 30 2024 23:56:49 | Quality Asset Recovery, Attn: Bankruptcy, Po Box 239, Gibbsboro, NJ 08026-0239 |
| 15180657 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Aug 31 2024 00:08:00 | Receivables Management Partners (RMP), Attn: Bankruptcy Dept, Po Box 349, Greensburg, IN 47240-0349 |
| 15180659 | + | EDI: SYNC | Aug 31 2024 03:54:00 | SYNCB/BRMart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15181058 | ^ | MEBN | Aug 30 2024 23:57:12 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15180660 | + | EDI: SYNC | Aug 31 2024 03:54:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 15180661 | + | EDI: Q3GTBI | Aug 31 2024 03:54:00 | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 15207087 | | Email/Text: BNCnotices@dcmservices.com | Aug 31 2024 00:07:00 | UPMC Health Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 15207081 | | Email/Text: BNCnotices@dcmservices.com | Aug 31 2024 00:07:00 | UPMC Physician Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 15203337 | + | EDI: CKSFINANCIAL.COM | Aug 31 2024 03:54:00 | Webcollex LLC D/B/A CKS Financial, PO Box 2856, Chesapeake VA 23327-2856 |
| 15180662 | + | EDI: CAPITALONE.COM | Aug 31 2024 03:54:00 | World's Foremost Bank, Attn: Bankruptcy, 4800 Nw 1st St, Lincoln, NE 68521-4463 |

TOTAL: 48

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T Bank |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | * | Capital One, N.A., c/o Becket and Lee, LLP, POB 3001, Malvern, PA 19355-0701 |
| cr | * | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | Logan Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 15180655 | ##+ | Premier Rental Purch, 5248 Olde Towne Road, Williamsburg, VA 23188-1986 |

TOTAL: 1 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| District/off: 0315-7 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Aug 30, 2024 | Form ID: 318 | Total Noticed: 52 |

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2024    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2024 at the address(es) listed below:

**Name** **Email Address**

Denise Carlon
on behalf of Creditor M&T Bank dcarlon@kmllawgroup.com

James R. Wood
on behalf of Creditor Logan Township jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

Leon P. Haller
on behalf of Creditor Pennsylvania Housing Finance Agency-Homeowners Emergency Mortgage Assistance Program lhaller@pkh.com  khousman@pkh.com;dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com

Lisa M. Swope, Chapter 7 Trustee
lms@nsslawfirm.com  PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com

Maria Miksich
on behalf of Creditor M&T Bank mmiksich@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Shawn B. Cohen
on behalf of Debtor Aaron S Delancey attyshawncohen@proton.me  attyshawncohen@proton.me;centralpabk@gmail.com

Shawn B. Cohen
on behalf of Joint Debtor Jessica J Delancey attyshawncohen@proton.me  attyshawncohen@proton.me;centralpabk@gmail.com

TOTAL: 9